**George M. Reiber**
**Chapter 13 Trustee**
3136 Winton Road South
Rochester NY 14623
(585) 427-7225

$182.00
#8115
5/25/11

May 23, 2011

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re:  Tyrone L & Christina A Madison; BK #08-20586

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $182.00. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or** the funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| Priceless Kids | $182.00 | Claims Register #: *(not listed on Court sight; Reference Court docket entry #21 - signed original Confirmation order)* |

/s/_____
George M. Reiber, Trustee


FILED MAY 25 2011 BANKRUPTCY COURT ROCHESTER, NY


RECEIVED MAY 25 2011 BANKRUPTCY COURT ROCHESTER, NY